IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY LAPLEZ DAVIS,
ADC #105865                                                                                          PLAINTIFF

v.                                          5:10-cv-00120-JMM-JJV

PAUL OWENS; *et al.*                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. By Order entered April 30, 2010, the Court directed Plaintiff to more clearly state his allegations against each named Defendant. Plaintiff filed an Amended Complaint, (docket entry #5), however, he failed to state any allegations against Defendant Owens. As a result, Magistrate Judge Volpe recommended that Defendant Owens be dismissed for failure to state a claim. Plaintiff has filed objections, (docket entry #10), stating that he did not fully understand the Court's Order and has included facts specific as to Defendant Owens. Accordingly, in light of the objections of the Plaintiff, the Court declines to adopt the recommended disposition and remands the case back to Judge Volpe for consideration and recommendation.

IT IS SO ORDERED this 4th day of June, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE