**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TIMOTHY LAPLEZ DAVIS,                    *
ADC #105865,                             *
                                         *
                        Plaintiff,       *
v.                                       *
                                         *          No. 5:10-cv-00120-JJV
PAUL OWENS, Jail Administrator,          *
Fordyce, Arkansas; *et al.,*             *
                                         *
                        Defendants.      *

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief

sought is denied.

IT IS SO ADJUDGED this <u>28th</u> day of June, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE